**03-40253** 

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                HOUSING COURT
                                              DEPT. OF THE
                                              TRIAL COURT

                                              NO. 03-SP-02875

-----------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS CUSTODIAN OR TRUSTEE, f/k/a BANKERS
TRUST COMPANY OF CALIFORNIA, N.A.,

    Plaintiff

v.

ROSE CASTRO; JOSH CASTRO; JOSEPH DIMARE,
and ALL OTHER OCCUPANTS,

    Defendants

-----------------------------------------------------------------X

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE 11-19-03

### NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. secs. 1332 and 1441, named Defendants Rose Castro, Josh Castro[1], and Joseph Dimare, (hereinafter collectively "Defendants"), hereby remove the above captioned action from the Housing Court

---

[1] Defendant Josh 'Castro' is a misnomer; the [Defendants] true name is Josh Dimare, and the Defendant has executed this notice in conformity with that fact.

Department of the Trial Court, Worcester Division, County of Worcester, Commonwealth of Massachusetts, to this Court.

As grounds for this removal, the Defendants state the following:

1. Plaintiff, Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California, N.A., (hereinafter "Bankers Trust"), commenced this action against the Defendants in the Housing Court Department of the Trial Court, Worcester Division, County of Worcester, Commonwealth of Massachusetts, on or about October 17, 2003.

2. On or about October 20, 2003, the named Defendants received a copy of the initial pleading setting forth the claim for relief upon which the action is based, and a summons directing them to appear before the state court on November 11, 2003[2].

3. Plaintiff Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California, N.A., is upon information and belief, a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in the State of California.

---

[2] The Defendants have since been noticed by the Clerk's office of the state court that due to November 11, 2003 being a legal holiday recognized by the legilature of the Commonwealth, that the trial date has been rescheduled from November 11, 2003 to November 25, 2003.

4. Defendant Rose Castro is a natural person domiciled in the Commonwealth of Massachusetts and who has a place of residence at 134 Summer Street, in the City of Gardner, County of Worcester, Commonwealth of Massachusetts.

5. Defendant Josh Castro is a natural person domiciled in the Commonwealth of Massachusetts and whose place of residence is 134 Summer Street, in the City of Gardner, County of Worcester, Commonwealth of Massachusetts.

6. Defendant Joseph Dimare is a natural person domiciled in the Commonwealth of Massachusetts and whose place of residence is 134 Summer Street, in the City of Gardner, County of Worcester, Commonwealth of Massachusetts.

7. There is complete diversity of citizenship between the Plaintiff and the Defendants in this action.

8. Pursuant to the provisions of 28 U.S.C. sec. 1441(c), the named Defendants expect to bring a separate and independent claim or cause of action which (i) would be removable if sued upon alone, (ii) will be joined with the within action, and (iii) when so joined, the controversy shall exceed $ 75,000.00, exclusive of interest and costs.

9. Thirty (30) days have not elapsed since the named Defendants received a copy of the Plaintiffs' initial pleading.

For the foregoing reasons, Defendants Rose Castro, Josh Dimare and Joseph Dimare respectfully remove the within action to this Court from the Housing Court Department of the Trial Court, Worcester Division, County of Worcester, Commonwealth of Massachusetts.

ROSE CASTRO,

*/s/ Rose Castro*
Rose Castro, PRO SE
134 Summer Street
Gardner, MA 01440


JOSH DIMARE,

*/s/ Josh Dimare*
Josh Dimare, PRO SE
·134 Summer Street
Gardner, MA 01440


JOSEPH DIMARE,

*/s/ Joseph Dimare*
Joseph Dimare, PRO SE
134 Summer Street
Gardner, MA 01440

Date: November 19, 2003

## CERTIFICATE OF SERVICE

I, Rose Castro, hereby certify that on the 19th. day of November, 2003, I served a copy of the within 'Notice of Removal', via first class mail, postage prepaid, upon the following counsel of record for the named plaintiff:

Victor Manougian, Esquire
Harmon Law Offices, P.C.
150 California Avenue
Newton, MA  02458

*Rose Castro*

Rose Castro

```
Printed: 11/19/03          Worcester County Housing Court              Page: 01
Updated: 10/28/03                 CASE DOCKET

03-SP-02875
DEUTSCHE BANK NATIONAL TRU - v.- CASTRO

                                                            Next Cal: 11/25/03
134 Summer Street                                           Last Cal:   /  /
Gardner MA 01440                                            App Date:   /  /
                                                            Dsp Date:   /  /
                                                            Interpreter:


No. Doc Date      Description                          N  C  T  J  W    HCT


 1   1 10/28/03  Summary Process, NTQ filed, 11-11-03  .  x  .  .  .    rar
 2   2 10/28/03  Resch trial 11-25-03                  x  x  .  .  .    rar
```

*A TRUE COPY* *[stamp]*
*James A. Bisceglia* *[signature]*

COMMONWEALTH OF MASSACHUSETTS
WORCESTER COUNTY HOUSING COURT

---

DEUTSCHE BANK NATIONAL TRU

                Plaintiff

   - v.-                            No. 03-SP-02875

ROSE CASTRO

                Defendant

---

### NOTICE OF RESCHEDULED TRIAL DATE

The above case will be called for trial at Clerk's Office of the Gardner District Court, at 108 Matthews Street/P.O. Box 40, Gardner, MA 01440 at 09:00 o'clock, Tuesday, November 25, 2003.

Please note that this case has been rescheduled.

*James A. Bisceglia*
James A. Bisceglia
Clerk Magistrate

Date: October 28, 2003

ECMS: RES-TRIAL

# COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT
### SUMMARY PROCESS SUMMONS AND COMPLAINT

WORCESTER HOUSING COURT

03 OCT 27 AM 9:56

**Housing Court Department**
**Worcester County Division**

Serve to Tenant by: October 20, 2003

Entry Date (file with Court by): October 27, 2003

THIS IS A COURT NOTICE OF A PROCEEDING TO EVICT YOU. PLEASE READ IT CAREFULLY.
IMPORTANT ESTE DOCUMENTO ES UNA NOTICIA DE UNA CORTE RESPECTO A PROCEDIENTES PARA DESAOJARLE

TO: Rose Castro, Josh Castro, Joseph Dimare, and all other occupants    TEL# _____

ADDRESS: 134 Summer Street    CITY: Gardner, MA    ZIP: 01440

You are hereby summoned to appear before the Judge of the Worcester County Housing Court at the time and place listed below.

DAY: Tuesday    DATE: November 11, 2003    TIME: 9:00 AM

COURT ADDRESS: 108 Matthews Street    TOWN: Gardner, MA 01440    ROOM: _____

to answer the complaint of: ~~LANDLORD~~/OWNER  Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a ~~Bankers Trust~~    TEL# _____

STREET: 10790 Rancho Bernardo Road    Company of California N.A.    CITY: San Diego, CA    ZIP: 92127

that you occupy the premises at 134 Summer Street, Gardner, MA 01440 unlawfully and against the right of said Owner ~~landlord~~ because: you continue to holdover and occupy the subject premises following a public foreclosure auction

and further that $ 1000.00 ~~rent~~ use and occupancy is owed according to the following account:

| Month | Amount owed |
|---|---|
| Use and occupancy at the rate of $1000.00/month since the date of foreclosure, September 30, 2003 | |

_Diana W. Horan_
**Presiding Justice**

_James A. Busceglia_
**Clerk Magistrate**

Date: October 17, 2003

_Victor Manougian_
Signature of Plaintiff or Attorney  BBO#547808

**NOTICE TO OCCUPANTS:** At the hearing on 11/11/03 you or your attorney must appear in person to present your defense. You or your attorney must also file (deliver or mail) a written answer to this complaint (answer forms are available in the Clerk's office). You must file (deliver or mail) the answer to the court clerk and deliver or mail a copy to the landlord or landlord's attorney at the address shown on the back of this form. The answer must be received by the court clerk and the landlord or the landlord's attorney no later than the Monday after the entry date 11/03/03. If you do not file and serve an answer, or if you do not defend at the time of the hearing, judgment may be entered against you for possession and the rent as requested in this complaint.

If the landlord does not file the original of this form in court on or before the entry date listed on this form, **the court will not schedule the case for trial.**

**Notification parp las personas de habla hispana: si usted no puede leer ingles. Tenga este documento legal traducido cuanto antes!**

**HARMON LAW OFFICES, P.C.**
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-0500
FAX (617) 244-7304

SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND

October 6, 2003

Rose Castro and all other occupants
134 Summer Street
Gardner, MA 01440

## 72 HOUR NOTICE TO QUIT AND VACATE PREMISES

Dear Ms. Castro:

Please be advised that this office represents Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A.. Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A. is the owner of the property situated at 134 Summer Street, Gardner, Massachusetts. You are notified to vacate the premises within seventy-two (72) hours of your receipt of this Notice.

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A. is not waiving any rights under this Notice to Quit and Vacate by accepting payments from you subsequent to the date of this notice. All payments accepted subsequent to the date of this notice are accepted for **use and occupancy only and not as rent**. The acceptance of said payments shall not in any way create a new tenancy.

Please be advised that should this matter proceed and a Court action is necessary, we will ask the Court to award damages representing the fair market value of the premises from the time of the foreclosure until the time you are ordered to vacate. This amount is for use and occupancy, not rent.

The reason set forth for this Notice to Quit and Vacate is that you continue to hold over in occupancy of the said premises after foreclosure of the mortgage. The undersigned is the new owner of said premises.

**PLEASE VACATE THE PREMISES WITHIN SEVENTY-TWO (72) HOURS OF YOUR RECEIPT OF THIS LETTER, OR WE SHALL BRING A COURT ACTION TO EVICT YOU FROM THE PREMISES. YOU ARE NOTIFIED TO BRING THIS ORIGINAL NOTICE WITH YOU TO ANY SUBSEQUENT HEARING OR CONTINUANCE.**

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A.
By its attorney,

Victor Manougian, Esquire

VVM/MWA/200208-0349-Castro, Rose
Service by Deputy Sheriff

PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

# HARMON LAW OFFICES, P.C.
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-0500
FAX (617) 244-7304

SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND

October 6, 2003

Josh Castro and all other occupants
134 Summer Street
Gardner, MA 01440

## 72 HOUR NOTICE TO QUIT AND VACATE PREMISES

Dear Mr. Castro:

Please be advised that this office represents Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A.. Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A. is the owner of the property situated at 134 Summer Street, Gardner, Massachusetts. You are notified to vacate the premises within seventy-two (72) hours of your receipt of this Notice.

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A. is not waiving any rights under this Notice to Quit and Vacate by accepting payments from you subsequent to the date of this notice. All payments accepted subsequent to the date of this notice are accepted for **use and occupancy only and not as rent**. The acceptance of said payments shall not in any way create a new tenancy.

Please be advised that should this matter proceed and a Court action is necessary, we will ask the Court to award damages representing the fair market value of the premises from the time of the foreclosure until the time you are ordered to vacate. This amount is for use and occupancy, not rent.

The reason set forth for this Notice to Quit and Vacate is that you continue to hold over in occupancy of the said premises after foreclosure of the mortgage. The undersigned is the new owner of said premises.

**PLEASE VACATE THE PREMISES WITHIN SEVENTY-TWO (72) HOURS OF YOUR RECEIPT OF THIS LETTER, OR WE SHALL BRING A COURT ACTION TO EVICT YOU FROM THE PREMISES. YOU ARE NOTIFIED TO BRING THIS ORIGINAL NOTICE WITH YOU TO ANY SUBSEQUENT HEARING OR CONTINUANCE.**

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A
By its attorney,

Victor Manougian, Esquire

VVM/MWA/200208-0349-Castro, Rose
Service by Deputy Sheriff

PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

**HARMON LAW OFFICES, P.C.**
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-0500
FAX (617) 244-7304

SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND

October 6, 2003

Joseph Dimare and all other occupants
134 Summer Street
Gardner, MA 01440

## 72 HOUR NOTICE TO QUIT AND VACATE PREMISES

Dear Mr. Dimare:

Please be advised that this office represents Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A.. Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A. is the owner of the property situated at 134 Summer Street, Gardner, Massachusetts. You are notified to vacate the premises within seventy-two (72) hours of your receipt of this Notice.

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A is not waiving any rights under this Notice to Quit and Vacate by accepting payments from you subsequent to the date of this notice. All payments accepted subsequent to the date of this notice are accepted for **use and occupancy only and not as rent**. The acceptance of said payments shall not in any way create a new tenancy.

Please be advised that should this matter proceed and a Court action is necessary, we will ask the Court to award damages representing the fair market value of the premises from the time of the foreclosure until the time you are ordered to vacate. This amount is for use and occupancy, not rent.

The reason set forth for this Notice to Quit and Vacate is that you continue to hold over in occupancy of the said premises after foreclosure of the mortgage. The undersigned is the new owner of said premises.

**PLEASE VACATE THE PREMISES WITHIN SEVENTY-TWO (72) HOURS OF YOUR RECEIPT OF THIS LETTER, OR WE SHALL BRING A COURT ACTION TO EVICT YOU FROM THE PREMISES. YOU ARE NOTIFIED TO BRING THIS ORIGINAL NOTICE WITH YOU TO ANY SUBSEQUENT HEARING OR CONTINUANCE.**

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A
By its attorney,

Victor Manougian, Esquire

VVM/MWA/200208-0349-Castro, Rose
Service by Deputy Sheriff

**PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

TOTAL P.04

**HARMON LAW OFFICES, P.C.**
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-0500
FAX (617) 244-7304

SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND

October 6, 2003

Josh Castro and all other occupants
134 Summer Street
Gardner, MA 01440

## 72 HOUR NOTICE TO QUIT AND VACATE PREMISES

Dear Mr. Castro:

Please be advised that this office represents Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A.. Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A. is the owner of the property situated at 134 Summer Street, Gardner, Massachusetts. You are notified to vacate the premises within seventy-two (72) hours of your receipt of this Notice.

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A. is not waiving any rights under this Notice to Quit and Vacate by accepting payments from you subsequent to the date of this notice. All payments accepted subsequent to the date of this notice are accepted for **use and occupancy only and not as rent**. The acceptance of said payments shall not in any way create a new tenancy.

Please be advised that should this matter proceed and a Court action is necessary, we will ask the Court to award damages representing the fair market value of the premises from the time of the foreclosure until the time you are ordered to vacate. This amount is for use and occupancy, not rent.

The reason set forth for this Notice to Quit and Vacate is that you continue to hold over in occupancy of the said premises after foreclosure of the mortgage. The undersigned is the new owner of said premises.

**PLEASE VACATE THE PREMISES WITHIN SEVENTY-TWO (72) HOURS OF YOUR RECEIPT OF THIS LETTER, OR WE SHALL BRING A COURT ACTION TO EVICT YOU FROM THE PREMISES. YOU ARE NOTIFIED TO BRING THIS ORIGINAL NOTICE WITH YOU TO ANY SUBSEQUENT HEARING OR CONTINUANCE.**

Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California N.A.
By its attorney,

Victor Manougian, Esquire

VVM/MWA/200208-0349-Castro, Rose
Service by Deputy Sheriff

PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

```
Printed: 10/28/03      Worcester County Housing Court          Page: 01
Updated: 10/28/03               CASE COVER

03-SP-02875
DEUTSCHE BANK NATIONAL TRU - v.- CASTRO

                                            Next Cal:    /  /
134 Summer Street                           Last Cal:    /  /
Gardner MA 01440                            App Date:    /  /
                                            Dsp Date:    /  /
                                            Interpreter:
_____


PLTF1                                  ATTY P1 547808
Deutsche Bank National Tru             Victor Manougian, Esq.
f/k/a Bankers Trust Co of California N.AHarmon Law Offices, P.C.
10790 Rancho Bernardo Road             1 P.O. Box 610389
San Diego CA 92127                     Newton Highlands, MA 02461
                                       (617)558-0500



DEFT1                                  ATTY D1 PROSE
Rose Castro
134 Summer Street
Gardner MA 01440




DEFT2                                  ATTY D2 PROSE
Josh Castro
134 Summer Street
Gardner MA 01440




DEFT3                                  ATTY D3 PROSE
Joseph Dimare
134 Summer Street
Gardner MA 01440
```

Mailing list: October 28, 2003                                              FILE COPY

P1 ATTY
Victor Manougian, Esq.
Harmon Law Offices, P.C.
1 P.O. Box 610389
Newton Highlands,, MA 02461

D1
Rose Castro
134 Summer Street
Gardner, MA 01440

D2
Josh Castro
134 Summer Street
Gardner, MA 01440

D3
Joseph Dimare
134 Summer Street
Gardner, MA 01440

ECMS: ADDRESS                                                               FILE COPY

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

03-40253-

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Deutsche Bank National Trust Company, Trustee f/k/a Bankers Trust Company of California N.A.

**DEFENDANTS**
Rose Castro; Josh Castro; Joseph DiMore

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _(unknown)_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _Worcester_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Victor Manousian, Esquire
Harmon Law Offices, P.C.
150 California Avenue, Newton, MA. 02458

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☒ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **HABEAS CORPUS:** |  | ☐ 865 RSI (405(g)) |  |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability |  ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.C.S. secs. 1332 and 1441 — Rent/Lease & Ejectment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions): _(Not applicable)_
JUDGE _____ DOCKET NUMBER _____

DATE: 11/19/03
SIGNATURE OF ATTORNEY OF RECORD: Rose Castro Deft. (pro se)

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Deutsche Bank National Trust Company, Trustee f/k/a Bankers Trust Company of California, N.A. v. Rose Castro_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   __ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   X III.   110, 120, 130, 140, 151, 190, 210, (230,) 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   __ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   __ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court. _(Not applicable)_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☒    NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division ☐    Central Division ☒    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
Deft's ATTORNEY'S NAME _Rose Castro, Pro Se_
ADDRESS _134 Summer Street, Gardner, MA 01440_
TELEPHONE NO. _(978)-632-2933_

Coversheetlocal.wpd - 10/17/02)