UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
4:03-CV-40253-NMG

FILED
IN CLERKS OFFICE
2004 JAN 20 P 2: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CUSTODIAN OR TRUSTEE, f/k/a BANKERS TRUST COMPANY OF CALIFORNIA, N.A.,

Plaintiff,

v.

ROSE CASTRO, JOSH CASTRO, JOSEPH DIMARE and ALL OTHER OCCUPANTS,

Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of Deutsch Bank National Trust Company, as Custodian or Trustee f/k/a Bankers Trust Company of California, N.A.

Respectfully submitted,

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CUSTODIAN OR TRUSTEE, f/k/a BANKERS TRUST COMPANY OF CALIFORNIA, N.A.,,

By its attorney,

Kimberly C. Turina
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 021651-0389
(617) 558-8400

Dated: January 15, 2004