## CERTIFICATE OF SERVICE

FILED IN CLERKS OFFICE

2004 JAN 20 P 2: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

I, Kimberly C. Turina, hereby certify that true copies of the <u>Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California, N.A.'s Motion to Remand, Memorandum in Support of Deutsche Bank National Trust Company, as Custodian or Trustee, f/k/a Bankers Trust Company of California, N.A.'s Motion to Remand and Notice of Appearance</u> were served on January 16, 2004 by mailing via first class mail, postage prepaid, to:

Rose Castro
134 Summer Street
Gardner, MA 01440

Josh Dimare
134 Summer Street
Gardner, MA 01440

Joseph Dimare
134 Summer Street
Gardner, MA 01440

_____
Kimberly C. Turina