UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-40253-NMG

FILED
IN CLERK'S OFFICE
2004 FEB -3  A 11: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS CUSTODIAN OR TRUSTEE, f/k/a BANKERS
TRUST COMPANY OF CALIFORNIA, N.A.,

    Plaintiff

v.

ROSE CASTRO; JOSH CASTRO; JOSEPH DIMARE,
and ALL OTHER OCCUPANTS,

    Defendants

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter my appearance for the named Defendants, Rose Castro, Josh Castro and Joseph DiMare in the within civil matter.

*[signature]*
Adrian A. Gaucher, Jr., Esquire
GAUCHER and GAUCHER
60 Hamilton Street
Southbridge, MA  01550-1808
Tel: (508)-764-3259
BBO # 80545

Date:  January 30, 2004