UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-40253-NMG

-------------------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS CUSTODIAN OR TRUSTEE, f/k/a BANKERS
TRUST COMPANY OF CALIFORNIA, N.A.,

    Plaintiff

v.

ROSE CASTRO; JOSH CASTRO; JOSEPH DIMARE,
and ALL OTHER OCCUPANTS,

    Defendants

-------------------------------------------------------------------------X

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION TO REMAND

Pursuant to R. 6(b)(1) Fed. R. Civ. P., the Defendants, through counsel, hereby move this Honorable Court for an enlargment of time up to and inclusive of two (2) weeks from the date of the allowance of this motion by the court to file and serve a response in opposition to Plaintiff's motion to remand the within action to state court.

As grounds therefor, the Defendants state that they have just recently retained counsel, who has ascertained that this court posseses jurisdiction over the parties and the subject matter and that this matter should not be remanded. Counsel needs the additional time to formulate a substantive response which addresses all of plaintiff's issues, but can only do so in an orderly fashion if given the additional time to do so.

No prejudice shall result to the plaintiff if such motion is allowed.

WHEREFORE, the Defendants pray that this Honorable Court allow said motion, and for such other and further relief as this court deems just and meet.

ROSE CASTRO; JOSH CASTO and JOSEPH DiMARE,

by their Attorney,

_____
Adrian A. Gaucher, Jr.
GAUCHER and GAUCHER
60 Hamilton Street
Southbridge, MA 01550-1808
Tel: (508)-764-3259
BBO # 80545

Date: January 30, 2004

## CERTIFICATE OF SERVICE

I, Adrian A. Gaucher, Jr., hereby certify that on the 30th. day of January, 2004, I served a copy of the within motion via first class mail, postage prepaid, upon the following parties/counsel of record/parties-in-interest thereto:

Attorney Kimberly C. Turina
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA  02461-0389

_____
Adrian A. Gaucher, Jr.