UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Deutsche Bank National Trust
Company,,
    Plaintiff(s)
                              CIVIL ACTION
    V.                        NO. 03-40253-NMG

Rosa Castro, et al.,,
    Defendant(s)

**GORTON, D.J.**

**ORDER FOR REMAND**

In accordance with the Court's allowance of the Motion to remand issued on 3/11/04 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Housing Court for further proceedings.

                                              By the Court,

DATED: March 12, 2004

                                              /s/ Martin Castles
                                              Deputy Clerk