UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-40253-NMG

-----------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS CUSTODIAN OR TRUSTEE, f/k/a BANKERS
TRUST COMPANY OF CALIFORNIA, N.A.,

    Plaintiff

v.

ROSE CASTRO; JOSH CASTRO; JOSEPH DIMARE,
and ALL OTHER OCCUPANTS,

    Defendants

-----------------------------------------------------------------X

## NOTICE OF APPEAL

Pursuant to R. 3 and 4 Fed. R. App. P., all Defedants hereby appeal the Order of the Court (to Remand), Nathaniel M. Gorton, D.J., dated March 12, 2004 to the United States Court of Appeals for the First Circuit.

ROSE CASTRO, JOSH DIMARE[1] and
JOSEPH DIMARE,

by their Attorney,

*(signature)*
Adrian A. Gaucher, Jr., Esquire
GAUCHER and GAUCHER
60 Hamilton Street
Southbridge, MA 01550-1808
Tel: (508)-764-3259
BBO # 80545

Date: April 12, 2004

---

[1] Misnamed in Plaintiffs' pleadings as 'Josh Castro'.